IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT SPELLMAN,

    Plaintiff,

vs.                                          CASE NO. 5:07cv38/RS-MD

JAMES R. McDONOUGH, et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 11). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is dismissed without prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) because of Plaintiff's failure to state a claim upon which relief may be granted.

3. The clerk is directed to close the file.

ORDERED on August 30, 2007.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**